

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 1:19CR162** |
| | § | |
| **VIDAL JARA, JR.,** | § | |

**ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge,

for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure.

Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal

Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United

States Magistrate Judge [Clerk's Doc. #26].  The magistrate judge recommended that the Court accept

the defendant's guilty plea and conditionally accept the plea agreement.  The magistrate judge also

recommended that the Court accept the defendant's guilty plea. He further recommended that the Court

finally adjudge the defendant as guilty on Counts Two and Three of the Indictment filed against the

defendant in this cause.

The parties have not objected to the magistrate judge's findings.  The Court **ORDERS** that the

Findings of Fact and Recommendation on Guilty Plea [Clerk's Doc. #26] of the United States Magistrate

-1-

Judge are **ADOPTED**.   The Court defers acceptance of the plea agreement and plea agreement addendum until after review of the presentence report.

It is further **ORDERED** that, in accordance with the defendant's guilty plea and the magistrate judge's findings and recommendation, the defendant, Vidal Jara Jr.,  is hereby adjudged as guilty on Counts Two and Three of the Indictment charging violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c).

**SIGNED** this the **25** day of **March, 2021.**

_____
Thad Heartfield
United States District Judge